IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-mj-00184-WCM-1 *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JAVARIS LAMONT INGRAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion to Dismiss (Doc. 6), which requests that the Criminal Complaint filed in this case be dismissed without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. For the reasons stated therein, the Motion will be allowed.

Further, by text-only Order entered on January 29, 2024, the Government was directed to show cause on or before NOON on Thursday, February 1, 2024 why the Criminal Complaint should not be unsealed. The Government did not make any filings in response, and the Court otherwise finds that this matter should be unsealed.

1

**IT IS THEREFORE ORDERED THAT:**

1. The Clerk is respectfully directed to **UNSEAL** this case.

2. The Government's Motion to Dismiss (Doc. 6) is **GRANTED**, and the Criminal Complaint (Doc. 3) is **DISMISSED WITHOUT PREJUDICE**.

Signed: February 2, 2024

W. Carleton Metcalf
United States Magistrate Judge